McDonald *v.* Tiemann.

McDONALD, Respondent, *vs.* TIEMANN, Appellant.

1. A court of one county has no jurisdiction to quash an execution issued to the sheriff of that county from the court of another county.

*Appeal from Franklin Circuit Court.*

Tiemann filed a motion in the Circuit Court of Franklin county, at the April term, 1852, to quash an execution issued

to the sheriff of that county, in favor of Susannah McDonald, on a judgment rendered in the Circuit Court of Gasconade county. On the hearing, it was proved that Susannah McDonald died before the execution issued. The motion was overruled, and Tiemann appealed.

*Jones* and *Bay*, for appellant, insisted that the execution should have been quashed because it issued in favor of a deceased party.

*J. D. Stevenson*, for respondent, insisted that, as the execution was a mere fee bill to compel the payment of the costs of the suit, the death of the plaintiff made no difference.

GAMBLE, Judge. The motion of Tiemann, in the Circuit Court of Franklin county, to quash an execution issued to the sheriff of that county, upon a judgment rendered in the Circuit Court of Gasconade county, was properly overruled, because the court of Franklin county had no jurisdiction to quash an execution issued from the court of another county. The motion must be made in the court from which the process issues. *Pettis* v. *Elgin*, 11 Mo. Rep. 411.

The judgment of the Franklin Circuit Court is, with the concurrence of the other judges, affirmed.